1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  DAVID A. CARRASCO
   Supervising Deputy Attorney General
5  MEGAN R. O'CARROLL, State Bar No. 215479
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone:  (916) 324-5288
8    Fax:  (916) 324-5205

9  Attorneys for Defendants Cry, Miller, Prebula and
   Sinkovich
10 SA2006300657

11

12              IN THE UNITED STATES DISTRICT COURT

13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15
   **PATRICK R. HOLLEY, SR., ,**                    2:05-CV-2495 MCE JFM P
16
                                      Plaintiff,    **ORDER**
17
              v.
18
   **T. PREBULA, et al. ,**
19
                                      Defendant.
20

21

22         Defendants' request for an extension of time to file a responsive pleading was

23  considered by this Court, and good cause appearing.

24         **IT IS ORDERED** that:

25         1. Defendants' April 7, 2006 request for an extension of time is granted; and

26  /////

27  /////

28  /////

Order
1


1      2. Defendants' April 14, 2006 motion to dismiss is deemed timely filed.

2  DATED: April 20, 2006.

                                    UNITED STATES MAGISTRATE JUDGE

6  /holl2495.ext