IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK RONALD HOLLEY, SR., | No. 2:05-cv-2495-MCE-JFM-P |
| Plaintiff, | |
| v. | ORDER |
| T. PREBULA, et al., | |
| Defendants. | |
| _____/ | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On February 1, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 1, 2007 are adopted in full;

2. The motion to dismiss filed April 14, 2006, by defendants Prebula, Miller, Cry and Sinkovich, be granted;

3. Defendant Crawford's May 10, 2006, joinder in the motion to dismiss be granted;

4. This action be dismissed for failure to exhaust administrative remedies prior to suit.

Dated: March 8, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE